# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Diane T. Blair aka Diane B Hornicek<br>                    Debtor(s)<br><br>The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-13, its successors and/or assigns<br>                    Movant<br>     vs.<br><br>Diane T. Blair aka Diane B Hornicek<br>                    Debtor(s)<br><br>Scott F. Waterman<br>                    Trustee | CHAPTER 13<br><br><br><br><br><br>NO. 20-11288 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-13, which was filed with the Court on or about **May 19, 2020, docket number 17**.

Respectfully submitted,

By: **/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant/Applicant

September 18, 2020