United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 20-11288-amc
Diane T. Blair     Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Adminstra     Page 1 of 2
Date Rcvd: Nov 25, 2020     Form ID: pdf900     Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diane T. Blair, 683 Shropshire Drive, West Chester, PA 19382-2235 |
| 14476214 | + | East Bradford Township, 666 Copeland School Rd., West Chester, PA 19380-1822 |
| 14532290 | + | East Bradford Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14532289 | + | East Bradford Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14476215 | + | Mohela/ Dept Ed, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14476216 | + | Plum Tree Homeowners, c/o Shew Management, P.O.Box 1605, West Chester, PA 19380-0127 |
| 14476218 | + | Specialized Loan Servicing, LLC, 8742 Lucent Blvd, Littleton, CO 80129-2386 |
| 14503272 | + | The Bank of New York Mellon FKA The Bank of New Yo, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14497770 | + | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14503411 | + | The Bank of New York Mellon fka, The Bank of New York, c/o Rebecca Ann Solarz, KML Law Group, 701 Market Street, Suite 500 Phila.,PA 19106-1541 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 26 2020 03:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 26 2020 03:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 26 2020 03:48:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14476211 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 26 2020 03:35:58 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14476212 | + | Email/Text: bankruptcy@sccompanies.com | Nov 26 2020 03:48:00 | Country Door, 1112 7th ave, Monroe, WI 53566-1364 |
| 14496009 | + | Email/Text: bankruptcy@sccompanies.com | Nov 26 2020 03:48:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14476213 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 26 2020 03:37:15 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 14495947 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 26 2020 03:48:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14489065 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 26 2020 03:37:15 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14476217 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Nov 26 2020 03:35:33 | Regional Acceptance, 1424 E Firetower Rd, Greenville, NC 27858-4105 |
| 14491134 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Nov 26 2020 03:35:33 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |

Case 20-11288-amc    Doc 36    Filed 11/27/20    Entered 11/28/20 00:41:44    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 25, 2020 | Form ID: pdf900 | Total Noticed: 22 |

| 14497356 | + Email/Text: documentfiling@lciinc.com | | |
|---|---|---|---|
| | | Nov 26 2020 03:47:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | East Bradford Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2020            Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JAMES RANDOLPH WOOD | on behalf of Creditor East Bradford Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JOSEPH F. CLAFFY | on behalf of Debtor Diane T. Blair claffylaw@gmail.com  claffylaw@aol.com;claffylawecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York  as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-13 bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     Diane T. Blair <br><br>     Debtor | Chapter 13 <br><br> Bankruptcy No. 20-11288-AMC |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: November 25, 2020**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE