**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: DIANE T. BLAIR : | |
|     A/k/a DIANE HORNICEK : | Chapter 13 |
|      : | |
| Debtor : | No. 20-11288 AMC |

**ORDER**

AND NOW, upon consideration of Debtor's Motion to Vacate Dismissal (the Motion), and request for expedited hearing thereon, and sufficient cause being shown, it is hereby:

ORDERED, that the request for an expedited hearing is Granted, and it is further: ORDERED, that a TELEPHONIC hearing to consider the Motion shall be and hereby is scheduled for, December 16th, 2020 at 11:00 O'clock in the A.m., United States Bankruptcy Court, ~~900 Market Street, 2nd Floor, Courtroom No. 3, Philadelphia, Pennsylvania, 19107,~~ Using a landline, parties are to Dial: 877-873-8017 Access Code: 3027681# and it is further

ORDERED, that written objections or other responsive pleadings to the Motion may be filed up to the time of the hearing and all will be considered at the hearing, and it is further:

ORDERED, that Movant shall provide notice of this Order and Motion to the Office of the United States Trustee, Scott Waterman, Standing Ch.13 Trustee and all secured creditorss, via FACSIMILE and EMAIL by _5:00 P.M. on December 7, 2020.

BY THE COURT:

December 7, 2020

_____
Ashely M. Chan
United States Bankruptcy Judge

Joseph F. Claffy
(FAX) 610 429-9550
26 South Church St.
West Chester, PA 19382