United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11288-amc |
| Diane T. Blair | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 1 |
| Date Rcvd: Dec 07, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Diane T. Blair, 683 Shropshire Drive, West Chester, PA 19382-2235 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JAMES RANDOLPH WOOD | on behalf of Creditor East Bradford Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JOSEPH F. CLAFFY | on behalf of Debtor Diane T. Blair claffylaw@gmail.com claffylaw@aol.com;claffylawecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-13 bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: DIANE T. BLAIR                                 :
    A/k/a DIANE HORNICEK                     :        Chapter 13
                                         :
    Debtor                                           :        No. 20-11288 AMC

## ORDER

AND NOW, upon consideration of Debtor's Motion to Vacate Dismissal (the Motion), and request for expedited hearing thereon, and sufficient cause being shown, it is hereby: ORDERED, that the request for an expedited hearing is Granted, and it is further: ORDERED, that a TELEPHONIC hearing to consider the Motion shall be and hereby is scheduled for, December 16th, 2020 at 11:00 O'clock in the A.m., United States Bankruptcy Court, ~~900 Market Street, 2nd Floor, Courtroom No. 3, Philadelphia, Pennsylvania, 19107,~~ Using a landline, parties are to Dial: 877-873-8017 Access Code: 3027681# and it is further ORDERED, that written objections or other responsive pleadings to the Motion may be filed up to the time of the hearing and all will be considered at the hearing, and it is further: ORDERED, that Movant shall provide notice of this Order and Motion to the Office of the United States Trustee, Scott Waterman, Standing Ch.13 Trustee and all secured creditorss, via FACSIMILE and EMAIL by _5:00 P.M. on December 7, 2020.

BY THE COURT:

December 7, 2020

_____
Ashely M. Chan
United States Bankruptcy Judge

Joseph F. Claffy
(FAX) 610 429-9550
26 South Church St.
West Chester, PA 19382