**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Diane T. Blair | : | Chapter 13 |
| A/k/a Diane Hornicek | : | |
| | : | |
| Debtor | : | No. 20-11288 AMC |
| | : | |

## CERTIFICATION OF SERVICE

I certify that I have served a true and correct copy of the Order Scheduling Expedited Hearing, Motion to Vacate Order Dismissing Case, Proposed Order, and Motion for Expedited Hearing in the above matter upon the following individuals by email and fax before 5 p.m. on the 7th day of December, 2020. The following individuals were served in such manner:

U.S. Trustee, Chapter 13 Standing Trustee, Regional Acceptance Corporation, Bank of New York Mellon Trustee c/o Specialized Loan Servicing, LLC, and Plum Tree Home Owners Association c/o Holly Setzler, Esquire

                                                                                                 /s/Joseph F. Claffy, Esq.
                                                                                                 JOSEPH F. CLAFFY, ESQUIRE

Dated: 12/14/2020