**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | DIANE BLAIR a/k/a | : | CHAPTER 13 |
| | DIANE HORNICEK | : | |
| | | : | |
| | DEBTOR | : | CASE NO. 20-11288 |

## CERTIFICATION OF NO RESPONSE

I hereby certify that all required parties were served with all documents as directed in the Order for Expedited Hearing on December 7th, 2020 and to date no response has been received either on the docket or otherwise.

Dated: _December 16th, 2020        Signed: _____

*/s/Joseph F. Claffy, Esquire*
Joseph F. Claffy & Associates, P.C.
100 South High Street
West Chester, PA 19382
610 429-0900

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    MYRA H. EVERS        :    CHAPTER 7
         a/k/a MYRA H. WILLIS    :
                            :
         DEBTOR         :    CASE NO. 98-33979 DWS

## ORDER

AND NOW, this    day of            ,2000, upon application of Joseph F. Claffy,

Counsel for debtor in the above matter showing that there have been no post-petition fees and

that debtor had paid $625.00 pre-petition which was applied as $600.00 towards legal fees and

$25.00 expenses IT IS ORDERED that the fees and expenses charged by counsel for debtor in

the above matter are hereby approved.

BY THE COURT:

_____
Diane W. Sigmund
Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | JOHN J. MONAGHAN and MARIA E. MONAGHAN | : : : | CHAPTER 7 |
| | DEBTORS | : | CASE NO. 12-12732 MDC |

**CERTIFICATION OF SERVICE AND NO RESPONSE**

I, Joseph F. Claffy, Esquire, Attorney for Debtors in the above case do hereby certify that on the NINTH Day of AUGUST, 2012, I did serve a true and correct copy of The Debtor's Motion to Convert,, Notice of Motion with hearing and response date and Proposed Order filed by me in this case upon the below listed individuals by ECF **or** First Class Mail deposited with the U.S. Postal Service AS INDICATED BELOW.  I further certify that no response or objection to the said application has been received by me or filed in the matter to date.

Date:   August 27, 2012

                                                Joseph F. Claffy /s/

                                                Joseph F. Claffy I.D. No. 35142
                                                Joseph F. Claffy & Associates, P.C.

26 South Church Street
West Chester, PA 19382
(610) 429-0900

U.S. Trustee VIA ECF

Michael Kaliner, Chapter 7 Trustee VIA ECF

John J. And Maria E. Monaghan, Debtors
via first class mail to
44 Ashberry Lane, Coatesville, PA 19320