## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re: DIANE T. BLAIR  :
    A/k/a DIANE HORNICEK  :  Chapter 13
      :
Debtor  :  No. 20-11288 AMC

### ORDER

AND NOW, this _____ Day of _____ 2020, upon consideration of debtor's motion to Vacate this court's ORDER of November 25th, 2020 dismissing the case and any responses thereto; it is hereby ORDERED that the ORDER dismissing the case is vacated and above case is REINSTATED.

BY THE COURT:

_____
Hon. Ashely M. Chan
United States Bankruptcy Judge

**Date: December 16, 2020**