UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Chapter 13 |
| DIANE T. BLAIR | : Bankruptcy No. 20-11288AMC |
| Debtor(s) | : |

## PRAECIPE

Kindly (re)schedule a Confirmation Hearing on <u>JANUARY 20, 2021</u> at 10:00 A.M. in the above-captioned matter, with notice to debtor(s), debtor's counsel, standing trustee and all creditors.

Respectfully submitted,

Date: December 28, 2020

*/s/Polly A. Langdon*
Polly A. Langdon, Esq.
for
Scott F. Waterman, Esq.,
Chapter 13 Standing Trustee
2901 St. Lawrence Avenue
Reading, PA 19606-0410
Telephone: (610) 779-1313