United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11288-amc |
| Diane T. Blair | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 29, 2020 | Form ID: 152 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diane T. Blair, 683 Shropshire Drive, West Chester, PA 19382-2235 |
| 14476214 | + | East Bradford Township, 666 Copeland School Rd., West Chester, PA 19380-1822 |
| 14532290 | + | East Bradford Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14532289 | + | East Bradford Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14476215 | + | Mohela/ Dept Ed, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14476216 | + | Plum Tree Homeowners, c/o Shew Management, P.O.Box 1605, West Chester, PA 19380-0127 |
| 14476218 | + | Specialized Loan Servicing, LLC, 8742 Lucent Blvd, Littleton, CO 80129-2386 |
| 14503272 | + | The Bank of New York Mellon FKA The Bank of New Yo, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14497770 | + | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14503411 | + | The Bank of New York Mellon fka, The Bank of New York, c/o Rebecca Ann Solarz, KML Law Group, 701 Market Street, Suite 500 Phila.,PA 19106-1541 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 30 2020 02:06:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 30 2020 02:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 30 2020 02:06:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14476211 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 30 2020 02:25:18 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14476212 | + | Email/Text: bankruptcy@sccompanies.com | Dec 30 2020 02:06:00 | Country Door, 1112 7th ave, Monroe, WI 53566-1364 |
| 14496009 | + | Email/Text: bankruptcy@sccompanies.com | Dec 30 2020 02:06:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14476213 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 30 2020 02:25:31 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 14495947 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 30 2020 02:06:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14489065 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2020 02:37:12 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14476217 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Dec 30 2020 02:25:19 | Regional Acceptance, 1424 E Firetower Rd, Greenville, NC 27858-4105 |
| 14491134 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Dec 30 2020 02:25:19 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |

14497356    + Email/Text: documentfiling@lciinc.com
                                        Dec 30 2020 02:06:00    Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | East Bradford Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2020      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2020 at the address(es) listed below:

**Name**      **Email Address**

JAMES RANDOLPH WOOD
    on behalf of Creditor East Bradford Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JOSEPH F. CLAFFY
    on behalf of Debtor Diane T. Blair claffylaw@gmail.com claffylaw@aol.com;claffylawecf@gmail.com

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

REBECCA ANN SOLARZ
    on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-13 bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Diane T. Blair
    Debtor(s)

Case No: 20−11288−amc
Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 1/20/21 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

50 − 37
Form 152