IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: DIANE T. BLAIR | : | Chapter 13 |
| | : | |
| Debtor | : | No. 2011288 AMC |

### STIPULATION BETWEEN DEBTOR AND CREDITOR REGIONAL ACCEPTANCE CORPORATION RE: CLAIM NO. 2

WHEREAS Regional Acceptance Corporation, hereinafter "Regional", has extended financing to the Debtor for the purchase of a 2014 Honda Accord; and

WHEREAS Regional has filed a claim relating to such secured clsim as Claim No. 2 on the clsims register of this case; and

WHEREAS Debtor and Regional have reached an Agreement regarding the value of the vehicle and repayment terms through the Debtor's Chapter 13 Plan

THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The value of the Debtor's Vehicle, a 2014 Honda Accord with a VIN No. Of 1HGCR2F59EA301614 is stipulated and agreed to be $12,000.00.

2. The debtor will pay off the loan and lien of Regional through her plan at an amortized interest rate of 6% over the 60 months of the plan.

3. The parties jointly request the court to issue an ORDER approving this stipulation.

_Jo Ann Farmer_
x(name)
Title  Bankruptcy Senior Analyst
Authorized Officer of Regional
Acceptance Corporation

Joseph F. Claffy, Esq. 35142
Attorney for Debtor
26 South Church St.
West Chester, PA 19382

Ashely M. Chan
United States Bankruptcy Judge