United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11288-amc |
| Diane T. Blair | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 01, 2021 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Diane T. Blair, 683 Shropshire Drive, West Chester, PA 19382-2235 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14476217 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 02 2021 04:54:08 | Regional Acceptance, 1424 E Firetower Rd, Greenville, NC 27858-4105 |
| 14491134 | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 02 2021 04:54:08 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2021                Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JAMES RANDOLPH WOOD | on behalf of Creditor East Bradford Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JOSEPH F. CLAFFY | on behalf of Debtor Diane T. Blair claffylaw@gmail.com  claffylaw@aol.com;claffylawecf@gmail.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 01, 2021 | Form ID: pdf900 | Total Noticed: 3 |

REBECCA ANN SOLARZ
    on behalf of Creditor The Bank of New York Mellon fka The Bank of New York  as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-13 bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: DIANE T. BLAIR : Chapter 13

Debtor : No. 2011288 AMC

## STIPULATION BETWEEN DEBTOR AND CREDITOR REGIONAL ACCEPTANCE CORPORATION RE: CLAIM NO. 2

WHEREAS Regional Acceptance Corporation, hereinafter "Regional", has extended financing to the Debtor for the purchase of a 2014 Honda Accord; and

WHEREAS Regional has filed a claim relating to such secured clsim as Claim No. 2 on the clsims register of this case; and

WHEREAS Debtor and Regional have reached an Agreement regarding the value of the vehicle and repayment terms through the Debtor's Chapter 13 Plan

THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The value of the Debtor's Vehicle, a 2014 Honda Accord with a VIN No. Of 1HGCR2F59EA301614 is stipulated and agreed to be $12,000.00.

2. The debtor will pay off the loan and lien of Regional through her plan at an amortized interest rate of 6% over the 60 months of the plan.

3. The parties jointly request the court to issue an ORDER approving this stipulation.

*Jo Ann Farmer*
x (name)
Title Bankruptcy Senior Analyst
Authorized Officer of Regional
Acceptance Corporation

Joseph F. Claffy, Esq. 35142
Attorney for Debtor
26 South Church St.
West Chester, PA 19382

_____
Ashely M. Chan
United States Bankruptcy Judge

**Date: June 1, 2021**