| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-11288-AMC**

Diane T. Blair                                     Petition Filed Date: 03/02/2020
683 Shropshire Drive                               341 Hearing Date: 04/24/2020
West Chester  PA    19382                          Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/25/2020 | $500.00 | | 09/23/2020 | $578.00 | | 10/28/2020 | $578.00 | |
| 11/25/2020 | $578.00 | | 01/25/2021 | $1,180.00 | | 02/23/2021 | $1,180.00 | |
| 03/22/2021 | $1,180.00 | | 04/22/2021 | $1,180.00 | | 05/24/2021 | $1,180.00 | |

**Total Receipts for the Period: $8,134.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,134.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Diane T. Blair | Debtor Refunds | $0.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,134.00 | Current Monthly Payment: | $1,267.96 |
| Paid to Claims: | $0.00 | Arrearages: | $1,267.96 |
| Paid to Trustee: | $637.12 | Total Plan Base: | $66,460.16 |
| Funds on Hand: | $7,496.88 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.