United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11288-amc |
| Diane T. Blair | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 14, 2021 | Form ID: 155 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diane T. Blair, 683 Shropshire Drive, West Chester, PA 19382-2235 |
| 14476214 | + | East Bradford Township, 666 Copeland School Rd., West Chester, PA 19380-1822 |
| 14532290 | + | East Bradford Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14532289 | + | East Bradford Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14476215 | + | Mohela/ Dept Ed, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14476216 | + | Plum Tree Homeowners, c/o Shew Management, P.O.Box 1605, West Chester, PA 19380-0127 |
| 14476218 | + | Specialized Loan Servicing, LLC, 8742 Lucent Blvd, Littleton, CO 80129-2386 |
| 14503272 | + | The Bank of New York Mellon FKA The Bank of New Yo, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14608832 | + | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14497770 | + | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14503411 | + | The Bank of New York Mellon fka, The Bank of New York, c/o Rebecca Ann Solarz, KML Law Group, 701 Market Street, Suite 500 Phila.,PA 19106-1541 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14476211 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 14 2021 23:34:08 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14476212 | + | Email/Text: bankruptcy@sccompanies.com | Jul 14 2021 23:28:00 | Country Door, 1112 7th ave, Monroe, WI 53566-1364 |
| 14496009 | + | Email/Text: bankruptcy@sccompanies.com | Jul 14 2021 23:28:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14476213 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 14 2021 23:34:06 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 14495947 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 14 2021 23:28:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14489065 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2021 23:34:03 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14476217 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 14 2021 23:34:09 | Regional Acceptance, 1424 E Firetower Rd, Greenville, NC 27858-4105 |
| 14491134 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 14 2021 23:34:09 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14497356 | + | Email/Text: documentfiling@lciinc.com | Jul 14 2021 23:28:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 9

# BYPASSED RECIPIENTS

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 14, 2021 | Form ID: 155 | Total Noticed: 20 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JAMES RANDOLPH WOOD | on behalf of Creditor East Bradford Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JOSEPH F. CLAFFY | on behalf of Debtor Diane T. Blair claffylaw@gmail.com  claffylaw@aol.com;claffylawecf@gmail.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York  as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-13 bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Diane T. Blair
    Debtor(s)

Chapter: 13

Bankruptcy No: 20−11288−amc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 14th day of July, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge ,
United States Bankruptcy Court

83
Form 155