**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | DIANE T. BLAIR | : | CHAPTER 13 |
| | | : | |
| | DEBTOR | : | CASE NO. 20-11288 |

## CERTIFICATION OF NO RESPONSE

I hereby certify that service upon all interested parties, indicated below, was made by sending true and correct copies of the BELOW DOCUMENTS UPON THE BELOW IDENTIFIED PARTIES AND THAT 20 DAYS HAVE ELAPSED WITH NO RESPONSE OF ANY KIND RECEIVED OR DOCKETED.

**Name of Notice:**   Application for Compensation, with Exhibit(s) and Proposed Order and Form of Notice

**Method of Service:**   by First Class Mail except for parties served by the court by ECF transmission

**Date of Service:**   June 24th, 2021

**Parties or Persons Served:**
WILLIAM C. MILLER, Standing Chapter 13 Trustee
U.S. Trustee
    served via ECF

Debtor and all interested parties in interest or requesting notice, if any.

**NO RESPONSE**

I HEREBY CERTIFY THAT 20 DAYS HAVE ELAPSED SINCE SERVICE OF THE NOTICE AND THAT NO RESPONSE OF ANY KIND HAS BEEN RECEIVED OR DOCKETED. DATE: **AUGUST 3rd, 2021**

        /s/ Joseph F. Claffy
Joseph F. Claffy, Esquire
Joseph F. Claffy & Associates, P.C.
26 South Church Street
West Chester, PA 19382
610 429-0900 610 429-9550 fax
Claffylaw@aol.com