United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Diane T. Blair  
    Debtor

Case No. 20-11288-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Apr 20, 2022     Form ID: pdf900     Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diane T. Blair, 683 Shropshire Drive, West Chester, PA 19382-2235 |
| 14476214 | + | East Bradford Township, 666 Copeland School Rd., West Chester, PA 19380-1822 |
| 14532290 | + | East Bradford Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14532289 | + | East Bradford Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14476215 | + | Mohela/ Dept Ed, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14476216 | + | Plum Tree Homeowners, c/o Shew Management, P.O.Box 1605, West Chester, PA 19380-0127 |
| 14476218 | + | Specialized Loan Servicing, LLC, 8742 Lucent Blvd, Littleton, CO 80129-2386 |
| 14503272 | + | The Bank of New York Mellon FKA The Bank of New Yo, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14608832 | + | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14497770 | + | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14503411 | + | The Bank of New York Mellon fka, The Bank of New York, c/o Rebecca Ann Solarz, KML Law Group, 701 Market Street, Suite 500 Phila.,PA 19106-1541 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 20 2022 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 20 2022 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 20 2022 23:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14476211 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 20 2022 23:49:33 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14476212 | + | Email/Text: bankruptcy@sccompanies.com | Apr 20 2022 23:45:00 | Country Door, 1112 7th ave, Monroe, WI 53566-1364 |
| 14496009 | + | Email/Text: bankruptcy@sccompanies.com | Apr 20 2022 23:45:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14476213 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 20 2022 23:49:34 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 14495947 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 20 2022 23:45:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14489065 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 20 2022 23:49:38 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14476217 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 20 2022 23:49:34 | Regional Acceptance, 1424 E Firetower Rd, Greenville, NC 27858-4105 |

| | | | | |
|---|---|---|---|---|
| 14491134 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 20 2022 23:49:34 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14476218 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 20 2022 23:44:00 | Specialized Loan Servicing, LLC, 8742 Lucent Blvd, Littleton, CO 80129-2386 |
| 14497356 | + | Email/Text: documentfiling@lciinc.com | Apr 20 2022 23:44:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14608832 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 20 2022 23:44:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14497770 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 20 2022 23:44:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason    Name and Address**
cr           *+               East Bradford Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2022             Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2022 at the address(es) listed below:

**Name**                         **Email Address**

JAMES RANDOLPH WOOD
                                 on behalf of Creditor East Bradford Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

JOSEPH F. CLAFFY
                                 on behalf of Debtor Diane T. Blair claffylaw@gmail.com  claffylaw@aol.com;claffylawecf@gmail.com

POLLY A. LANGDON
                                 on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

REBECCA ANN SOLARZ
                                 on behalf of Creditor The Bank of New York Mellon fka The Bank of New York  as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-13 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
                                 ECFMail@ReadingCh13.com

United States Trustee
                                 USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2     User: admin     Page 3 of 3
Date Rcvd: Apr 20, 2022     Form ID: pdf900     Total Noticed: 23
TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re:<br>    Diane T. Blair<br><br>                Debtor | Chapter 13<br><br>Bankruptcy No. 20-11288-AMC |
|---|---|

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: April 20, 2022**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE