| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 20-11288-AMC**

| | |
|---|---|
| Diane T. Blair | Petition Filed Date: 03/02/2020 |
| 683 Shropshire Drive | 341 Hearing Date: 04/24/2020 |
| West Chester  PA   19382 | Confirmation Date: 07/14/2021 |

Case Status: Dismissed After Confirmation on 4/20/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/22/2021 | $1,180.00 | | 05/24/2021 | $1,180.00 | | 06/22/2021 | $1,180.00 | |
| 07/22/2021 | $1,180.00 | | 08/23/2021 | $1,180.00 | | 09/22/2021 | $1,180.00 | |
| 11/22/2021 | $1,180.00 | | 12/22/2021 | $1,180.00 | | 01/25/2022 | $1,180.00 | |
| 03/25/2022 | $1,180.00 | | 04/25/2022 | $1,180.00 | | | | |

**Total Receipts for the Period: $12,980.00   Amount Refunded to Debtor Since Filing: $2,265.60   Total Receipts Since Filing: $18,754.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Diane T. Blair | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 001 | Unsecured Creditors | $951.87 | $0.00 | $951.87 |
| 2 | REGIONAL ACCEPTANCE CORP<br>»» 02S | Secured Creditors | $13,919.40 | $2,980.73 | $10,938.67 |
| 3 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 003 | Unsecured Creditors | $821.66 | $0.00 | $821.66 |
| 4 | COUNTRY DOOR<br>»» 004 | Unsecured Creditors | $295.35 | $0.00 | $295.35 |
| 5 | TEA OLIVE, LLC<br>»» 005 | Unsecured Creditors | $1,556.97 | $0.00 | $1,556.97 |
| 6 | SPECIALIZED LOAN SERVICING LLC<br>»» 006 | Mortgage Arrears | $18,139.16 | $3,884.37 | $14,254.79 |
| 7 | PLUM TREE HOA<br>»» 007 | Secured Creditors | $12,917.80 | $2,766.26 | $10,151.54 |
| 8 | EAST BRADFORD TOWNSHIP<br>»» 008 | Secured Creditors | $8,743.33 | $1,872.33 | $6,871.00 |
| 9 | SPECIALIZED LOAN SERVICING LLC<br>»» 009 | Mortgage Arrears | $5,594.45 | $1,198.00 | $4,396.45 |
| 10 | REGIONAL ACCEPTANCE CORP<br>»» 02U | Unsecured Creditors | $12,806.48 | $0.00 | $12,806.48 |
| 0 | JOSEPH F CLAFFY ESQ | Attorney Fees | $2,299.99 | $2,299.99 | $0.00 |
| 0 | Diane T. Blair | Debtor Refunds | $2,265.60 | $2,265.60 | $0.00 |

**Chapter 13 Case No. 20-11288-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $18,754.00 | Current Monthly Payment: | $1,267.96 |
| Paid to Claims: | $17,267.28 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,486.72 | Total Plan Base: | $66,460.16 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.